No. 02–1791. BIDDLE STREET BISTRO, INC. *v.* TLJ CO., L. L. C., ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–1829. CNA HOLDINGS, INC., FKA HOECHST CELANESE CORP. *v.* DELAWARE DIRECTOR OF REVENUE. Sup. Ct. Del. Certiorari denied.

No. 02–10523. MORENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10689. DOLISON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10974. WEST *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11133. SHORT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–16. KRILICH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–20. FLORIDA MUNICIPAL POWER AGENCY *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 03–40. WALTERS, DIRECTOR, WHITE HOUSE OFFICE OF NATIONAL DRUG CONTROL POLICY, ET AL. *v.* CONANT ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–52. AMERICAN AIRLINES, INC., ET AL. *v.* GEDDES. C. A. 11th Cir. Certiorari denied.

No. 03–74. PAW PAW'S CAMPER CITY, INC. *v.* JIMENEZ; and No. 03–195. JIMENEZ *v.* PAW PAW'S CAMPER CITY, INC. C. A. 5th Cir. Certiorari denied. Reported below: 64 Fed. Appx. 417.

No. 03–82. WOOD ET UX., INDIVIDUALLY, AND AS THE NATURAL PARENTS OF WOOD BORMAN, A MINOR *v.* UNIVERSITY OF UTAH MEDICAL CENTER. Sup. Ct. Utah. Certiorari denied.

No. 03–86. ESTATE OF ATKINSON, DECEASED, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.